**Order entered September 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00743-CV

**GEREMIAH EDEM AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS CLIFF MANOR, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02880-B**

## ORDER

The reporter's record in this appeal has not been filed because appellants, who are pro se, have not requested it. By letter dated August 27, 2018, we directed appellants to file written verification they had requested the record and cautioned that failure to comply within ten days could result in the appeal being submitted without the record. *See* TEX. R. APP. P. 37.3(c). Our letter was returned "unable to forward," and a voice message left at a telephone number listed in the notice of appeal has not been returned.

A party not represented by counsel must file a notice of change of address and telephone number within ten days of the date of the change. *See* Tex. App. (Dallas) Loc. R. 2. As of this date, nothing in our records reflect appellants have communicated with the Court since July 16,

2018 when their docketing statement, containing the same contact information listed in the notice of appeal, was filed. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As the clerk's record has been filed, we **ORDER** appellants to file their brief no later than October 16, 2018.

/s/    DAVID EVANS
JUSTICE